NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1263

MARTIN GUBB,

Plaintiff-Appellee,

v.

P&M SERVICES, INC.,

Defendant-Appellant.

Marc Lorelli, Brooks Kushman P.C., of Southfield, Michigan, argued for plaintiff-appellee.  With him on the brief was Mark A. Cantor.

Mark S. Demorest, Demorest Law Firm, PPLC, of Birmingham, Michigan, argued for defendant-appellant.

Appealed from:  United States District Court for the Eastern District of Michigan

Senior Judge Julian Abele Cook, Jr.

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1263

MARTIN GUBB,

Plaintiff-Appellee,

v.

P&M SERVICES, INC.,

Defendant-Appellant.

# Judgment

ON APPEAL from the   UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

In CASE NO(S).   2:04-CV-72432.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam:  (MAYER, GAJARSA and MOORE, Circuit Judges):

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: _March 4, 2008_____      / s /   _Jan Horbaly_____
                                Jan Horbaly, Clerk